Hans W. Herb (SBN 136018)
LAW OFFICE OF HANS W. HERB
P.O. Box 970
Santa Rosa, CA 95402
Telephone: (707) 576-0757
E-mail: hans@tankman.com

Craig A. Brandt (SBN 133905)
LAW OFFICE OF CRAIG A. BRANDT
5354 James Avenue
Oakland, CA 94618
Telephone: (510) 601-1309
E-mail: craigabrandt@att.net

Attorneys for Plaintiff EDEN ENVIRONMENTAL
CITIZEN'S GROUP, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF COLUSA, a California Municipal Entity, MICHAEL AZEVEDO, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-00529-WBS-DB<br><br>**NOTICE OF SETTLEMENT AND [PROPOSED] ORDER**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 *et seq.*)** |

WHEREAS, on January 23, 2019, Plaintiff EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC ("Eden") provided Defendants COUNTY OF COLUSA and MICHAEL AZEVEDO ("Defendants") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act Sections 1251 *et seq.*

WHEREAS, on March 26, 2019, Eden filed its Complaint against Defendants in this Court. Eden's said Complaint incorporates by reference the allegations contained in Eden's Notice.

1 | WHEREAS, Eden and Defendants (the "Settling Parties"), through their authorized
2 | representatives and without either adjudication of Eden's claims or admission by Defendants of
3 | any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the
4 | allegations of Eden as set forth in the Notice and Complaint, thereby avoiding the costs and
5 | uncertainties of further litigation.

6 | WHEREAS, the Settling Parties will submit their Settlement Agreement to the U.S.
7 | Environmental Protection Agency and the U.S. Department of Justice (the "federal agencies") for
8 | a mandatory 45-day statutory review period, consistent with 33 U.S.C. Section 1365(c) and 40
9 | C.F.R. Section 135.5.

10 | NOW THEREFORE, on the expiration of the federal agencies' review period, and if there
11 | is no objection lodged by the federal agencies, the Settling Parties will stipulate to and request an
12 | order from this Court (1) dismissing with prejudice Eden's claims as to Defendants, as set forth in
13 | the Notice and Complaint, and (2) concurrently retaining jurisdiction over this matter for
14 | purposes of dispute resolution and enforcement of the Settlement Agreement.  Consequently, the
15 | Settling Parties submit that good cause exists to vacate any and all existing deadlines and
16 | obligations in this case, including responsive pleadings, and to set September 15, 2019 as the
17 | deadline for the filing of the Settling Parties' aforementioned stipulation and proposed order, or a
18 | Notice that the settlement will not proceed with proposed new case-related deadlines.

19 | / / /
20 | / / /
21 | / / /
22 | / / /
23 | / / /
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 | / / /

Respectfully submitted,

DATED: June 14, 2019  LAW OFFICE OF HANS W. HERB

By: */s/ Hans W. Herb*
HANS W. HERB
Attorney for Plaintiff
EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC

DATED: June 14, 2019  DOWNEY BRAND LLP

By: */s/ Nicole E. Granquist*
NICOLE E. GRANQUIST
Attorney for Defendants
COUNTY OF COLUSA and MICHAEL AZEVEDO

**ORDER**

Good cause appearing, and the parties having stipulated and agreed, IT IS HEREBY ORDERED that any and all existing deadlines and obligations in this case, including the service and filing of responsive pleadings, are vacated, and by **September 16, 2019**, EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC, COUNTY OF COLUSA, and MICHAEL AZEVEDO, are to file a stipulation to dismiss with prejudice and proposed order, or a Notice that the settlement will not proceed with proposed new case-related deadlines. The Scheduling Conference is continued from July 8, 2019 to **September 30, 2019 at 1:30 p.m. in Courtroom 5**. If settlement has not been finalized by September 16, 2019, the parties shall file a joint status report by that date.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 17, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE